*of Buffalo (supra)* and for the reasons stated herein, the order appealed from is reversed by dismissing the causes of action against all defendants, except the Wilson defendants, and as to the Wilson defendants the order is modified by dismissing the causes of action against them, except the causes of action pursuant to General Municipal Law § 205-a. (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ ROBERT F. COLE, Respondent, v CITY OF BUFFALO, Appellant. KENNETH N. FISHER, Respondent, v CITY OF BUFFALO, Appellant. HARRY J. LAUBER, JR., et al., Respondents, v CITY OF BUFFALO, Appellant. GERALD MCANDREWS et al., Respondents, v CITY OF BUFFALO, Appellant. PAUL MEEGAN et al., Respondents, v CITY OF BUFFALO, Appellant. MICHAEL PETRIK et al., Respondents, v CITY OF BUFFALO, Appellant. (Appeal No. 3.) (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present —Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ ROBERT F. COLE, Respondent, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION et al., Appellants. KENNETH N. FISHER, Respondent, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION et al., Appellants. HARRY J. LAUBER, JR., et al., Respondents, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION et al., Appellants. GERALD MCANDREWS et al., Respondents, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION et al., Appellants. PAUL MEEGAN et al., Respondents, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION et al., Appellants. MICHAEL PETRIK et al., Respondents, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION et al., Appellants. (Appeal No. 4.) (Appeal from Order of Supreme Court, Erie County, Doyle, J. —Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

■ MARGARET AUSTIN, Individually and as Administratrix of the Estate of MICHAEL AUSTIN, Deceased, Respondent, v CITY OF BUFFALO et al., Defendants, and BURNWELL GAS OF ALDEN, INC., et al., Appellants. CITY OF BUFFALO et al., Respondents, v GEORGE D. WILSON, JR., Individually and Doing